# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **DEBRA CUMMINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-CV-00642-BP |
| | ) |
| **GROUP ONE, INC.,** | ) |
| **DASEKE COMPANIES, INC.,** | ) |
| **DASEKE ST, LLC,** and | ) |
| **DASEKE, INC.,** | ) |
| | ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 15th day of December 2020, the parties herein having filed a Joint Stipulation For Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

                AT THE DIRECTION OF THE COURT

                Paige Wymore-Wynn, Clerk of Court
                **/s/ Kelly McIlvain**
                Deputy Clerk

Date : December 18, 2020